**No. 10-6758. Teresa Ann Waters, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1093, 131 S. Ct. 797, 178 L. Ed. 2d 534, 2010 U.S. LEXIS 9563.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-6770. Jesse Lee Bell, Jr., Petitioner v. Julia Woods, et al.**

562 U.S. 1093, 131 S. Ct. 797, 178 L. Ed. 2d 534, 2010 U.S. LEXIS 9556, ■

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 382 Fed. Appx. 391.

**No. 10-6771. Shahkene Joseph, Petitioner v. New York.**

562 U.S. 1093, 131 S. Ct. 797, 178 L. Ed. 2d 534, 2010 U.S. LEXIS 9503.

December 6, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Third Judicial Department, denied.

Same case below, 68 App. Div. 3d 1534, 893 N.Y.S.2d 306.

**No. 10-6772. Vinh Quoc Ta, Petitioner v. James Walker, Warden.**

562 U.S. 1093, 131 S. Ct. 797, 178 L. Ed. 2d 534, 2010 U.S. LEXIS 9532.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6781. Edward Faye Parks, Petitioner v. Edgewater Casino, et al.**

562 U.S. 1093, 131 S. Ct. 799, 178 L. Ed. 2d 534, 2010 U.S. LEXIS 9538, ■

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6784. Jimmy Darl Sullivan, Petitioner v. Mark Nooth, Superintendent, Snake River Correctional Institution.**

562 U.S. 1093, 131 S. Ct. 799, 178 L. Ed. 2d 534, 2010 U.S. LEXIS 9500.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6791. Ian L. Cormier, Petitioner v. California.**

562 U.S. 1093, 131 S. Ct. 799, 178 L. Ed. 2d 534, 2010 U.S. LEXIS 9452.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6796. Marion Wilson, Petitioner v. William Terry, Warden.**

562 U.S. 1093, 131 S. Ct. 799, 178 L. Ed. 2d 534, 2010 U.S. LEXIS 9493.

December 6, 2010. Petition for writ of certiorari to the Superior Court of Georgia, Butts County, denied.